UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-MJ-1076-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDIANA ALMARIE YANCEY | ORDER TO MODIFY<br>RELEASE CONDITIONS |

This matter comes before the Court upon motion filed by the Office of the Federal Public Defender seeking a modification to Defendant's release conditions, and neither the Government nor the U.S. Probation Office having any objection to the relief requested, and this Court finding good cause to grant the relief requested.

THEREFORE, it is hereby Ordered that the order setting release conditions is modified to allow the defendant to travel outside the Eastern District of North Carolina to Puerto Rico for her family vacation from August 2 through August 8, 2025.

SO ORDERED.

This 29 day of July, 2025.

ROBERT B. JONES, JR.
United States Magistrate Judge